UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LOREN CHRISTOPHER TARABOCHIA,

    Plaintiff,

v.

2 JOHN DOES; SGT. LONGHORN;
3 JOHN/JANE DOES; MAIL ROOM
SUPERVISOR; N. SOBOTTA; CAPTAIN
OF OPERATIONS; S. LILIENTHAL;
C. BOLLES; T. LEMONS; G. CLARKE;
HOGGE; BRIGETTE AMSBERRY,
Superintendent of EOCI,

    Defendants.

Case No. 2:19-cv-01954-AA

ORDER OF DISMISSAL

AIKEN, District Judge.

    Plaintiff filed this action pursuant to 42 U.S.C. § 1983 and alleged violations of his constitutional rights. On August 20, 2021, defendants moved for summary judgment, and plaintiff's Response was due on September 22, 2021. Plaintiff did not respond.

    On October 12, 2021, plaintiff was ordered to show cause within thirty days why this action should not be dismissed. Plaintiff was advised that the failure to respond to the Order to Show Cause would result in the dismissal of this action.

1 - ORDER OF DISMISSAL

To date, plaintiff has not responded to the Order to Show Cause or defendants' Motion for Summary Judgment. Accordingly, this action is DISMISSED for failure to prosecute and failure to follow a court order. Defendants Motion for Summary Judgment (ECF No. 51) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this  24th   day of November, 2021.


　　　　　　　　　　　　　　　　　／s／Ann Aiken　　　　　　　
　　　　　　　　　　　　　　　　Ann Aiken
　　　　　　　　　　　　　　United States District Judge

2 - ORDER OF DISMISSAL